TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
     Social Security Administration, Region IX
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: 510-970-4820
     Facsimile: 415-744-0134
     e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SEAN NEWTON OSTMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-11409-ADS<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

     Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and

expenses in the amount of $5,762.50 as authorized by 28 U.S.C. § 2412 be

awarded subject to the terms of the Stipulation.


DATED:  March 31, 2022             /s/ Autumn D. Spaeth
                                HONORABLE AUTUMN D. SPAETH
                                UNITED STATES MAGISTRATE JUDGE